# United States Court of Appeals
## For the First Circuit

No. 03-2622

FIT TECH, INC.; PLANET FITNESS CENTER OF MAINE, INC.;
PLANET FITNESS CENTER, INC.; PLANET FITNESS CENTER OF DARTMOUTH,
INC.; PLANET FITNESS CENTER OF SALEM, INC.; PLANET FITNESS CENTER
OF BRIGHTON, INC.; STRATFORD FITNESS CENTER, INC.;
DAVID B. LAIRD; SCOTT G. BAKER,

Plaintiffs, Appellees,

v.

BALLY TOTAL FITNESS HOLDING CORPORATION;
HOLIDAY UNIVERSAL, INC.,

Defendants, Appellants.
_____

JOHN H. WILDMAN,

Defendant.

**ERRATA**

The opinion of this court issued July 1, 2004, is amended as follows:

On page 3, paragraph 2, line 8, replace "EBITDA". with "EBITDA."

On page 12, note 3, line 5, replace "act" with "Act."

On page 14, first full paragraph, line 2, replace "over-all" with "overall."

On page 19, second full paragraph, line 3, add the word "the" between the words "that" and "district."